ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2013 JAN -8  PM 4: 08

DEPUTY CLERK_____

| | |
|---|---|
| UNITED STATES OF AMERICA § § | |
| v. § | Criminal No. |
| § | |
| MANUEL EDGARDO BRISENO-MAYNEZ § | **3-13CR0006-P** |

## INDICTMENT

The Grand Jury Charges:

### Count One
Illegal Reentry After Removal from the United States
[Violation of 8 U.S.C. § 1326(a) and (b)(1)]

On or about November 27, 2012, in the Dallas Division of the Northern District of Texas, the defendant, **Manuel Edgardo Briseno-Maynez**, an alien, was found in the United States after having been deported and removed therefrom on or about October 29, 2011, without having received the express consent of the United States Attorney General or the Secretary of the Department of Homeland Security to reapply for admission since the time of the Defendant's previous deportation and removal.

In violation of 8 U.S.C. § 1326(a) and (b)(1).

Indictment - 1

A TRUE BILL

*[signature]*
FOREPERSON

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

*[signature]*
PAUL YANOWITCH
Illinois State Bar No. 6188269
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214.659.8618
Facsimile: 214.659.8812
Email: paul.yanowitch@usdoj.gov

Indictment - 2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

MANUEL EDGARDO BRISENO-MAYNEZ

INDICTMENT

8 U.S.C. § 1326(a) and (b)(2)
Illegal Reentry After Removal from the United Sates

1 Count

A true bill rendered

_____     _Andrew P. Tuggle_____
DALLAS                                                                                     FOREPERSON

Filed in open court this _____ day of January, A.D., 2013.

-------------------------------------------------------------------------------
_____ Clerk

**WARRANT TO ISSUE; IN ICE CUSTODY**

_/s/ Jim Carrillo_  1/8/13
UNITED STATES DISTRICT/MAGISTRATE JUDGE
No Magistrate Case Pending